Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| B. E. and A. R., on their own behalf and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>DOROTHY F. TEETER, in her official capacity as Director of the Washington State Health Care Authority,<br><br>Defendant. | NO. 2:16-cv-00227-JCC<br><br>DECLARATION OF ELEANOR HAMBURGER<br><br>**Noted for Consideration:**<br>**April 15, 2016** |

I, Eleanor Hamburger, declare under penalty of perjury and in accordance with the laws of the United States and of the State of Washington that:

1. I am one of the attorneys for the plaintiffs in this case.

2. I have worked my entire career representing individuals and classes regarding access to health care and health benefits. I graduated from New York University School of Law where I was a Root-Tilden-Snow scholar. After law school I worked at the Office of the Public Advocate in New Jersey and at Consumers Union's West Coast Regional Office in San Francisco before moving to Seattle, Washington.

3. I worked at Columbia Legal Services from 1998 to 2004 as a staff attorney in its Tacoma and Seattle offices. My practice included representing low-income elderly

DECLARATION OF ELEANOR HAMBURGER – 1
(Case No. 2:16-cv-00227-JCC)

Sirianni Youtz
Spoonemore Hamburger
999 Third Avenue, Suite 3650
Seattle, Washington 98104
Tel. (206) 223-0303  Fax (206) 223-0246

and disabled individuals to obtain access to Medicaid services. During my tenure at Columbia Legal Services, I also taught the Disability Law Clinic at the University of Washington School of Law, supervising legal interns as they represented individuals in disputes involving Medicaid benefits from the Department of Social and Health Services.

4. In 2004, I joined the law firm of Sirianni Youtz Meier & Spoonemore, now Sirianni Youtz Spoonemore Hamburger, representing clients in business litigation, insurance coverage disputes, ERISA health/disability and pension/profit-sharing litigation, and securities fraud. I continue to represent Medicaid beneficiaries, often on a *pro bono* basis. In 2009, I became a partner in the law firm.

5. I am also a co-founder and former president of the Northwest Health Law Advocates, a nonprofit health law and advocacy organization dedicated to increasing access to health care and health coverage in Washington state.

6. I am or have been class counsel in the following class actions: *Dunakin v. Quigley,* No. C14-0567-JRL, Federal District Court, Western District of Washington, *P.S. v. State of Oregon and Oregon PEBB*, No. 14C15068, Marion County Circuit Court, Salem Oregon; *C.S. v. Boeing,* No. 2:14-cv-00574-RSM, Federal District Court, Western District of Washington; *M.T.E. v. Washington Dep't. of Social and Health Svcs.,* No. 11-2-01209-1, Thurston County Superior Court, Olympia, Washington; *A.M. v. Moda Health Plan Inc.*, 2:14-cv-1191-TSZ, Federal District Court, Western District of Washington; *R.H. v. Premera Blue Cross,* No. 2:13-cv-00097-RAJ, Federal District Court, Western District of Washington; *K.M. v. Regence BlueShield,* No. 2:13-cv-01214-RAJ, Federal District Court, Western District of Washington; *Z.D. v. Group Health Cooperative,* No. 2:11-CV-01119-RSL, Federal District Court, Western District of Washington; *Elkins v. Dreyfus,* No. 2:10-cv-01366-MJP, Federal District Court, Western District of Washington; *Gabriel, et al. v. Nationwide Life Ins. Co.,* Federal District Court, Western District of Washington, No. 09-CV-00508-JCC; *Washington Education Association et al., v. Washington Department*

DECLARATION OF ELEANOR HAMBURGER – 2
(Case No. 2:16-cv-00227-JCC)

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246

1  *of Retirement Systems, et al.,* No. 11-2-02213-4, Thurston County Superior Court; *O.S.T. v. Regence BlueShield,* No. 11-2-34187-9 SEA, King County Superior Court; *D.M. v. Group Health Cooperative*, No. 10-2-28618-7 SEA, King County Superior Court; *D.F. v. Washington State Health Care Authority et al.,* No. 10-2-29400-7 SEA; King County Superior Court; *A.G. v. Premera Blue Cross,* No. 11-2-30233-4 SEA, King County Superior Court; *J.P. v. Premera Blue Cross,* No. 12-2-33676-8 SEA, King County Superior Court; and *Rockey v. The Center for Counseling and Health Resources, et al.,* Snohomish County Superior Court, No. 09-2-02242-7. I was also the lead counsel representing a coalition of health care advocacy organizations successfully opposing the conversion of a nonprofit health insurer in *Premera Blue Cross v. Kreidler*, 133 Wn. App. 23, 131 P.3d 930 (2006).

7. I have represented many individuals challenging denials of access to health care benefits by their third-party payors. *See, e.g., A.A. v. Blue Cross Blue Shield of Ill.,* No. 2:13-cv-00357-RSM, Federal District Court, Western District of Washington (2014); *Roberts v. Regence BlueShield,* No. 09-2-38690-1 SEA (King Co. Superior Court 2010); *K.J. v. Regence BlueShield,* No. 09-2-17149-1 SEA (King Co. Superior Court, 2009); *K.F. v. Regence BlueShield,* 2008 WL 4223613 (W.D. Wash. 2008); *Murch v. Prudential,* No. C05-0992P (W.D. Wash. 2006); and *Caffell v. Regence BlueShield*, No. C03-3374-RSM (W.D. Wash. 2005).

8. My law firm has extensive experience in class action litigation. We represent both plaintiffs and defendants, and have experience in all aspects of class litigation, from certification through claims processing. For example, in addition to cases where I was personally appointed class representative, our firm has represented classes in the following cases: *Wright v. Riveland*, 219 F.3d 905 (9th Cir. 2000); *Dean v. Lehman*, 143 Wn.2d 12, 18 P.2d 523 (2001); *Lindenbaum v. Foster & Marshall*, King County Superior Court, No. 88-2-07503-4; *Lynn v. Murphy Fare, Inc., et. al.*, Montana District Court, No. 77454; *Polik v. Seattle Chocolate*, King County Superior Court, No. 97-2-15636-0SEA;

DECLARATION OF ELEANOR HAMBURGER – 3
(Case No. 2:16-cv-00227-JCC)

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303  FAX (206) 223-0246

and *Carter v. Washington Mutual*, King County Superior Court, No. 93-2-05790-3. Sirianni Youtz Spoonemore Hamburger has also represented target defendants in various cases, including cases such as *In Re: Littlefield Adams & Co. Securities Litigation,* U.S. District Court for the Southern District of Texas at San Antonio, No. SA-93-CA 561, and *Fitting v. Don Carlton Honda*, King County Superior Court, No. 92-2-11211-6.

9.  In short, both I and my firm have substantial experience in connection with class management, notice to class members, class certification, class discovery and class settlements. We are well positioned to act as class counsel in this case.

10. The firm has committed extensive resources to this litigation, and will continue to do so. We spent a considerable amount of time investigating the claims and defenses in this case. In this litigation to date, we have already spent many hours on this case, and we will continue to devote the time and resources to this case through conclusion.

11. My firm previously filed putative class actions against Bridgespan, Regence BlueShield and Group Health Cooperative when those insurers limited coverage for DAAs to insureds with fibrosis scores of F3 and F4. *See Kriger v. Bridgespan Health Company*, King County Superior Court Cause No. 16-2-01673-SEA; *Miller v. Regence BlueShield*, King County Cause No. 16-2-03421-7-SEA; *Morton v. Group Health Cooperative*, King County Cause No. 16-2-02011-9-SEA. Within weeks of filing these action, all three insurers reversed their policies and agreed to cover insureds regardless of fibrosis score.

12. Attached are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| A | The Washington State Health Care Authorities 2016 Supplemental Budget Request on Hepatitis C Treatment Expansion. |

DECLARATION OF ELEANOR HAMBURGER – 4
(Case No. 2:16-cv-00227-JCC)

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303  FAX (206) 223-0246

| Exhibit | Description |
|---|---|
| B | Excerpts from the Washington State Pharmacy and Therapeutics Committee Drug Utilization Review Board Meeting dated October 22, 2105. |
| C | The Washington State Health Care Authorities 2016 Supplemental Budget Request on Hepatitis C Treatment Adjustment. |
| D | Excerpts from a PowerPoint by Donna L. Sullivan, Washington State's Chief Pharmacy Officer, on Hepatitis C Coverage Criteria dated October 21, 2015. |
| E | Washington State's Plan under Title XIX of the Social Security Act. |
| F | The Centers for Medicare and Medicaid Services November 5, 2015 Release No. 172 concerning "Assuring Medicaid Beneficiaries Access to Hepatitis C (HCV) Drugs." |
| G | Consent Order for Declaratory and Injunctive Relief in *Mead v. Burdman*, King County Cause No. 818663 dated March 20, 1978. |
| H | Stipulation and Agreement on Motion for Contempt in *Mean v. Burdman*, King County Cause No. 818663 dated October 24, 2983. |

DATED: March 18, 2016, at Seattle, Washington.

　　　　　　　　　　　　　　　　　　*/s/ Eleanor Hamburger*
　　　　　　　　　　　　　　　　　　Eleanor Hamburger

DECLARATION OF ELEANOR HAMBURGER – 5
(Case No. 2:16-cv-00227-JCC)

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- Angela D. Coats McCarthy
  AngelaC3@atg.wa.gov, ChristineH1@atg.wa.gov, VivianB@atg.wa.gov, NicoleB3@atg.wa.gov

- Kevin Costello
  kcostello@law.harvard.edu, dilseysays@hotmail.com

- Amy Louise Crewdson
  amy.crewdson@columbialegal.org, fanny.cordero@columbialegal.org

- Eleanor Hamburger
  ehamburger@sylaw.com, matt@sylaw.com, theresa@sylaw.com

- Nissa Ann Iversen
  NissaI@atg.wa.gov, christineh1@atg.wa.gov, VivianB@atg.wa.gov, NicoleB3@atg.wa.gov

- Richard E Spoonemore
  rspoonemore@sylaw.com, matt@sylaw.com, rspoonemore@hotmail.com, theresa@sylaw.com

DATED: March 18, 2016, at Seattle, Washington.

                                        */s/ Eleanor Hamburger*
                                      Eleanor Hamburger (WSBA #26478)

DECLARATION OF ELEANOR HAMBURGER – 6
(Case No. 2:16-cv-00227-JCC)

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246